IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ABRAHAM WALLACE | ) |
| | ) |
| OneWest Bank, FSB, | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 10B38086 |
| | ) JUDGE Jack B. Schmetterer |
| ABRAHAM WALLACE, | ) |
|     Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes OneWest Bank, FSB, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the December 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of January 6, 2011:

    a. Attorney's Fees                  $  250.00
    b. Payments (2 @ $686.64 each)      $1,373.28
    c. Suspense                         $  540.08
       Total                            $1,083.20

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice OneWest Bank, FSB rights to collect these amounts will be unaffected.

Respectfully Submitted,
OneWest Bank, FSB

/s/Toni Dillon
Toni Dillon ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088